Official Form 417A (12/18)

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s) DAVID RANDY PETE

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ❑ Plaintiff:YES
   ❑ Defendant
   ❑ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ❑ Debtor
   ❑ Creditor
   ❑ Trustee
   ❑ Other (describe) _____

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: __THE COURT ADOPTED MAGISTRATE JUDGES REPORT RECOMMENDING THTA THE COURT DISMISS CASE

2. State the date on which the judgment, order, or decree was entered: ____COURT ORDER FINAL DECISION MAY 19TH 2022_____

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: _____Magistrate judge Zack Hawthorn_____ Attorney: _____
   __300 wilow suite 104_____

2. Party: ____District Judge Marcia Crone_____ Attorney: _____
   ___300 willow suite 104
   beaumont tx
   77708_____

---

Official Form 417A    Notice of Appeal and Statement of Election    page 1

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

DAVID RANDY PETE                                   Date: _____5/23/2022_____
_____
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):
_____
_____
_____
_____

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

Case 1:22-cv-00030-MAC-ZJH Document 18 Filed 05/26/22 Page 3 of 4 PageID #: 83
Case: 22-40344  Document: 1  Page: 3  Date Filed: 05/31/2022
Case 1:22-cv-00030-MAC-ZJH Document 17 Filed 05/19/22 Page 1 of 1 PageID #: 80

| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

DAVID R. PETE, §
§
    Plaintiff, §
§
versus § CIVIL ACTION NO. 1:22-CV-00030
§
DOUG MCMILLON, KATHRYN §
MCLAY, and DONNA MORRIS, §
§
    Defendants. §

## FINAL JUDGMENT

The court has adopted the Magistrate Judge's report recommending that the court dismiss this case. Accordingly, it is **ORDERED** that Plaintiff David R. Pete take nothing, and the case is **DISMISSED**. The clerk of court is directed to close this case, and all pending motions are denied as moot.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 19th day of May, 2022.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

David R Pete
6355 Chinn Ln #4105
Beaumont, TX 77708

NORTH HOUSTON TX 773
24 MAY 2022 PM 2 L



United State District Clerk
300 Willow St Su 104
Beaumont Tx 77708



CLERK U.S. DISTRICT COURT
RECEIVED
MAY 26 2022
EASTERN DIST. OF TEXAS
BEAUMONT, TEXAS

7770182222